```
                                              FILED
1  DANIEL J. BRODERICK, #89424                JAN 18 2011
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741       CLERK, U.S. DISTRICT COURT
   Chief Assistant Federal Defender      EASTERN DISTRICT OF CALIFORNIA
3  Designated Counsel for Service        BY _____
   GINA T. LE                                     DEPUTY CLERK
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorney for Defendant
8  CASEY THOMPSON

9

10
                   IN THE UNITED STATES DISTRICT COURT
11
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14 UNITED STATES OF AMERICA,     )  No. CR-S-10-0448
                                 )
15                  Plaintiff,   )
                                 )  STIPULATION AND ~~PROPOSED~~ ORDER
16      v.                       )
                                 )
17 CASEY THOMPSON,               )
                                 )  Time:
18                  Defendant.   )  Judge: Hon. Dale A. Drozd
                                 )
19 _____ )

20
        Defendant, CASEY THOMPSON by and through his counsel, LINDA C.
21
   HARTER, respectfully request the Court to set Mr. Thompson's initial
22
   appearance for January 18, 2011 at 2:00 p.m.
23
        Mr. Thompson was scheduled for an initial appearance on November
24
   2, 2010, but was not present. The Office of the Federal Defender was
25
   ordered to reschedule the initial appearance. The U.S. Attorney has
26
   been contacted and has agreed to the above date.
27

28
```

```
 1  Dated:   December 8, 2010
                                              Respectfully submitted,
 2
                                              DANIEL J. BRODERICK
 3                                            Federal Defender

 4

 5                                            /s/ Linda C. Harter
                                              LINDA C. HARTER
 6                                            Chief Assistant Federal Defender
                                              Attorney for Defendant
 7                                            CASEY THOMPSON

 8  Dated: December 8, 2010                   BENJAMIN B. WAGNER
                                              United States Attorney
 9

10                                            /s/ Matthew C. Stegman
                                              MATTHEW C. STEGMAN
11                                            Assistant United States  Attorney

12
                                                   ORDER
13
    IT IS SO ORDERED.
14
            January
15  Dated:  December  18, 2010                _____
                                              DALE A. DROZD
16                                            United States Magistrate Judge
```

-2-