UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 8, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CASEY THOMPSON, ) <br> ) <br> Defendant. ) | Case No. 2:10-CR-00448-DAD <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  CASEY THOMPSON , Case No.  2:10-CR-00448-DAD , Charge  Title 18 USC §§ 641, 1003 , from custody with the following conditions:

     X     (Other)     Dft shall comply with conditions of court probation as stated on the record in open court.

Issued at  Sacramento, CA  on  November 8, 2011  at  10:55 pm .

By  _Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge