**FILED**

OCT - 1 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar #179741
Chief Assistant Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
CASEY THOMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR.S - 10-448-DAD |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] DAD ORDER REQUESTING THAT MATTER BE PLACED ON CALENDAR |
| v. | ) | |
| CASEY THOMPSON, | ) | |
| Defendant. | ) | Date:  October 9, 2012 |
| | ) | Time:  10:00 a.m. |
| | ) | Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JUSTIN LEE, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR and LINDA HARTER, attorneys for defendant, that the matter be placed on calendar for October 9, 2012 at 10:00 a.m.  Mr. Thompson failed to appear on a September 18, 2012 control date.  He contacted defense counsel and requested that the matter be placed on calendar.  Government counsel will not be available for the October 2, 2012 criminal calendar. Accordingly, the parties request that the matter be placed on calendar for control date October 9th.  The parties also stipulate and request

1 | that the Court order the bench warrant stayed pending the October 9th

2 | date.

3

4 | Dated: September 26, 2012          Respectfully submitted,

5 |                                    DANIEL J. BRODERICK
  |                                    Federal Defender
6
  |                                    /s/ Rachelle Barbour
7 |                                    LINDA HARTER
  |                                    Chief Assistant Federal Defender
8 |                                    Attorney for Defendant
  |                                    CASEY THOMPSON.
9

10 | Dated: September 26, 2012          BENJAMIN B. WAGNER
   |                                    United States Attorney
11

12 |                                    /s/ Rachelle Barbour for
   |                                    JUSTIN LEE
13 |                                    Assistant U.S. Attorney

14

15 |                              **ORDER**

16 |      The matter is placed on the Court's October 9, 2012 calendar at

17 | 10:00 a.m. for status conference.  The bench warrant previously issued

18 | in this case is ordered stayed until that date.

19 | IT IS SO ORDERED.

20 | DATED: ___10/1/12___

21 |                                    HON. DALE A. DROZD
   |                                    United States Magistrate Judge

22

23

24

25

26

27

28