HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CASEY THOMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>          Plaintiff,          )<br>                              )<br>     v.                       )<br>                              )<br>CASEY THOMPSON,               )<br>                              )<br>          Defendant.          )<br>_____) | No. Cr. S 10-448 DAD<br><br>STIPULATION AND PROPOSED ORDER TO QUASH THE WARRANT AND PLACE THE CASE ON CALENDAR<br><br>Date: May 14, 2013<br>Time: 9:00 a.m.<br>Judge: Hon. Dale A. Drozd |

On October 11, 2012 the Court ordered Mr. Thompson, who is on court probation until November 2013, to enroll in a PTSD program, continue to make payments on his financial obligation and to appear at a status conference on April 16, 2013. Mr. Thompson did not appear on April 16, 2013. The Court ordered a warrant to issue by April 19, 2013.

Subsequently Mr. Thompson contacted defense counsel and indicated that he had made some progress. The courtroom deputy let the parties know that May 14, 2013 at 9:00 a.m. was the next available court date. Accordingly, the parties agree that the warrant should be recalled and a status

conference should be set for May 14, 2013 at 9:00 a.m..

Dated:  May 8, 2013

                                              Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender


                                              /s/ Linda C. Harter
                                              LINDA C. HARTER
                                              Chief Assistant Federal Defender
                                              Attorney for Defendant
                                              CASEY THOMPSON


Dated: May 8, 2013        BENJAMIN B. WAGNER
                                              United States Attorney


                                              /s/ Justin Lee
                                              JUSTIN LEE
                                              Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

DATED: May 8, 2013.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
thompson0448.stipord.sethrg