IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CR-00448-DAD |
| Plaintiff, | ) ) | **ORDER TO SHOW CAUSE AND ORDER TO ISSUE JUDICIAL SUMMONS RE: PROBATION REVOCATION** |
| v. | ) ) | |
| CASEY THOMPSON, | ) ) | |
| Defendant. | ) ) ) ) | |

**ORDER TO SHOW CAUSE**

It is HEREBY ORDERED that the defendant appear on November 5, 2013, at 10:00 a.m. to show cause why the probation granted on November 8, 2011, and modified on October 11, 2012, should not be revoked due to the defendant's failure to pay his Court-ordered fine and restitution. The Clerk's office shall issue a summons directing the defendant to appear on November 5, 2013, at 10:00 a.m.

Dated: October 28, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Thompson0448.ord.re.Prob.Revoke

Order to Show Cause                                    United States v. Thompson